1
2
3
4
5
6
7                          **UNITED STATES DISTRICT COURT**
8                          **CENTRAL DISTRICT OF CALIFORNIA**
9

10   JEFFERY MORRIS,                    )    Case No. ED CV 13-1493 JVS (JCG)
                                        )
11              Petitioner,             )    **ORDER ACCEPTING REPORT AND**
                                        )    **RECOMMENDATION OF UNITED**
12        v.                            )    **STATES MAGISTRATE JUDGE AND**
                                        )    **DENYING CERTIFICATE OF**
13   JEFFREY BEARD, *et al.*,           )    **APPEALABILITY**
                                        )
14              Respondents.            )
                                        )
15   _____   )

16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate

18   Judge's Report and Recommendation, and the remaining record.  No objections to the

19   Report and Recommendation have been filed.

20        Accordingly, IT IS ORDERED THAT:

21        1.    The Report and Recommendation is approved and accepted;

22        2.    Judgment be entered denying the Petition and dismissing this action with

23              prejudice; and

24        3.    The Clerk serve copies of this Order on the parties.

25        Additionally, for the reasons stated in the Report and Recommendation, the

26   Court finds that Petitioner has not made a substantial showing of the denial of a

27   constitutional right.  *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v.*

28   *Cockrell*, 537 U.S. 322, 336 (2003).  Thus, the Court declines to issue a certificate of

1  appealability.

2

3  DATED: January 9, 2014

4  _____
                        HON. JAMES V. SELNA
5                       UNITED STATES DISTRICT JUDGE