# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFERY MORRIS, | ) | Case No. ED CV 13-1493 JVS (JCG) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| JEFFREY BEARD, *et al.*, | ) | |
| Respondents. | ) | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: January 9, 2014

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE